**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEX ALVAREZ PANTOJAS,<br><br>        Defendant. | Case No. 21-CR-0633-JLS<br><br>ORDER AND JUDGMENT DISMISSING INDICTMENT |

Based upon the Unopposed Motion of the United States, and good cause appearing therefor, it is hereby

ORDERED that the indictment in Case Number 21-CR-0633-JLS shall be dismissed without prejudice as to defendant ALEX ALVAREZ PANTOJAS.

IT IS SO ORDERED.

Dated:  June 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge